UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-313 MJD

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>WILLIAM ALBERT WINTER,<br>Defendant. | **SATISFACTION OF MONETARY IMPOSITION** |

The special assessment in the amount of $100.00, fine in the amount of $50,000 and extraordinary restitution in the amount of $175,000 in the above-entitled action has been paid in full or otherwise settled through compromise.

THEREFORE, the Clerk of the United States District Court for the District of Minnesota may satisfy and cancel the monetary judgment of record in the amount of $225,100.00.

Dated: September 26, 2006

RACHEL K. PAULOSE
United States Attorney

s/ M. Trippler
BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600